# UNITED STATES DISTRICT COURT

for the

Hennepin County District of Mn

4th Division

Austin Michael Kingsley
Catherine Jean Beenken-Fenning

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Mn Court of Appeals
Minneapolis Police Departments
Mn Sheriffs, Hennepin County Courts

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 26-cv-3550 DWF/SGE

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

RECEIVED
AUG 06 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

SCANNED
AUG 06 2026
U.S. DISTRICT COURT MPLS

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Catherine Jean Beenken-Fenning |
| Street Address | 907 20th Ave NE |
| City and County | Minneapolis Mn 55418 |
| State and Zip Code | Hennepin County |
| Telephone Number | 763-215-2003 |
| E-mail Address | Cathyscase@gmail.com |

Austin Michael Kingsley
Same
austinJordan49@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Minneapolis Police Department |
| Job or Title *(if known)* | Pole Officers & POST |
| Street Address | 1900 Central Ave NE |
| City and County | Minneapolis Mn 55418 |
| State and Zip Code | Hennepin County |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Mn Court of Appeals |
| Job or Title *(if known)* | Judges & Court Reporters |
| Street Address | 25 Rev. Dr. Martin Luther King Jr Blvd |
| City and County | Ramsey County, St Paul |
| State and Zip Code | Minnesota |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Ruth Ostrom · Sharon Compton |
| Job or Title *(if known)* | Lawyer · Guardian Services |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | William Siegler / Jensen |
| Job or Title *(if known)* | deceased Stolen Identity · Alias |
| Street Address | 3720 23rd. Ave S |
| City and County | Hennepin County Minneapolis |
| State and Zip Code | Minnesota |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

The plaintiff, *(name)* Catherine Jean Beenken-Fanning, is a citizen of the State of *(name)* ~~Minn~~ Minnesota.

2. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

Hennepin County Court
MN Court of Appeals
Minneapolis Police Department

1. If the defendant is an individual

The defendant, *(name)* Sharon Compton, William Siegler, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

2. If the defendant is a corporation

The defendant, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________. Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Stolen Properties, Bank accounts, homes, Businesses, Clothes, furniture, safety deposit Boxes, ~~stol~~ inheritance, Jewelry, Rape, Rent, deposit, rare coins, rare stones, rare agates

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 06/30/2021, at *(place)* Project for Pride & Living, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

They all decided cause I left my abuser Mark Fenavig that me & my son needed to die gaslighting by Police, Judges, people

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

The stole our home, homeless ness, raped hot shotted, even death but god keeps bringing us back to fight, loss of everything Bartholomew is the Police's hitman has a white & Red yacht & a glovering car grey & black stays at Boom Island

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

our homes & business back our money our bodies, our dignity Privacy our right not to be on the dark Web Project name UNKNOWN our lives back ~~[illegible]~~ ~~to~~ unraped our financial means our vehicles 2004 ~~[illegible]~~ Acura TL Black in the Mpls Impound lot under Beige GXL 178

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/03/2026

Signature of Plaintiff: Catherine Jean Banken Fenning

Printed Name of Plaintiff: Catherine Jean Beenken-Fenning

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address