**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Austin Michael Kingsley and Catherine Jean Benken-Fenning,

Plaintiffs,

v.

MN Court of Appeals, Minneapolis Police Department, Ruth Ostrom, Sharon Compton, William Siegler Jensen, MN Sheriffs, and Hennepin County Courts,

Defendants.

Case No. 26-cv-3550 (DWF/SGE)

**REPORT & RECOMMENDATION**

---

On August 6, 2026, the Clerk of this Court sent Plaintiffs Austin Micheal Kingsley and Catherine Jean Benken-Fenning letters (1) stating that the Court had not received either this action's filing fee or Plaintiffs' applications to proceed *in forma pauperis* ("IFP"); (2) enclosing this District's IFP-application template; and (3) warning that if the Court did "not receive [the] filing fee or [IFP applications]" within 15 days—that is, by August 21, 2026—"[this] case could be summarily dismissed without prejudice." (Dkt. 2 at 1; Dkt. 3 at 1. That deadline has passed, and Plaintiffs have not submitted a filing fee or IFP applications. The Court therefore recommends dismissing this action without prejudice, under Federal Rule of Civil Procedure 41(b), for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district

court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: September 4, 2026

*s/ Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).